**B-LINE, LLC**

PHONE: (866)-670-2361
FAX: (206) 239-1958
E-MAIL: bline.chapter13@blinellc.com

December 19, 2011

**CHANGE OF ADDRESS**
Debtor: Shona D. Lewis
Case Number: 11-70057

WESTEREN DISTRICT OF TEXAS (Midland)
100 E. Wall St, Room P-163
Midland, TX 79701

Dear Clerk of Court:

A claim was filed for Dextral Capital Management Fund, LLC in the above-referenced case by B-Line, LLC. B-Line, LLC is no longer the bankruptcy servicer for Dextral Capital Management, LLC. This form will serve to **change the mailing address where payments and correspondence should be sent. No transfer of claim will be processed as Dextral Capital Management, LLC is still the owner of the account.** The case information is listed below:

District: WESTEREN DISTRICT OF TEXAS
Debtor: Shona D. Lewis
Case Number: 11-70057
Claim Number: 12
Claim Amount: $5,701.95
Account Number: 5487

Previous address for creditor is as follows:

Dextral Capital Management Fund, LLC
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Please send all future disbursements and correspondence to the following address:**

**Dextral Capital Management Fund, LLC
7668 Warren Parkway # 350
Fisco, TX 75034**

Thank you for your assistance in making this update. If you have any questions regarding this matter or if you need some additional information, then please contact me directly at (206) 239-2672.

Sincerely,

Steven G. Kane
VP of Operations
B-Line, LLC